## Second Department, August, 1935.

In the Matter of the Application of Jerome G. Ambro, Appellant, for an Order of Mandamus against John J. Dorman, as Chairman, and John J. Callahan, as Secretary, of the County Committee of the Democratic Party of Kings County, and S. Howard Cohen and Others, Constituting the Board of Elections in the City of New York, Respondents.— Motion for a hearing on the merits granted. Present — Lazansky, P. J., Hagarty, Tompkins and Johnston, JJ.

In the Matter of the Application of Jerome G. Ambro, Appellant, for an Order of Mandamus against John J. Dorman, as Chairman, and John J. Callahan, as Secretary, of the County Committee of the Democratic Party of Kings County, and S. Howard Cohen and Others, Constituting the Board of Elections in the City of New York, Respondents.— The parties having agreed in open court that this appeal may be decided by a court of four justices, the decision is as follows: Order denying petitioner's motion for a peremptory mandamus order directing John J. Dorman, as chairman, and John J. Callahan, as secretary, of the county committee of the Democratic party of Kings county, to authenticate and file with the board of elections the list of election inspectors submitted from the nineteenth Assembly district of Kings county by the petitioner, Jerome G. Ambro, unanimously affirmed, without costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Hagarty, Tompkins and Johnston, JJ.

## First Department, September, 1935.

In the Matter of the Application of Leonard Harris, Appellant, against S. Howard Cohen and Others, Constituting the Board of Elections of the City of New York, and Others, Respondents, for an Order Enjoining Those of the Respondents Constituting the Board of Elections from Printing or Placing on the Ballots of the Next Primary Election, etc., the Names of the Respondent Candidates for Party Position of County Committeeman of the Democratic Party of the Thirty-eighth Election District of the Seventh Assembly District of the County and City of New York.— Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of Edward H. Beck, Respondent, etc., for an Order to Enjoin the Board of Elections from Giving a Preference on the Primary Day Ballot for Those Candidates for County Committee, Democratic Party, etc. Democratic County Committee of the Eighteenth Assembly District, New York County, Intervenor, Appellant.— Order reversed, without costs, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.; O'Malley, J., dissents and votes for affirmance. [156 Misc. 790; App. Div. revd., 268 N. Y. 617.]

In the Matter of the Application of David A. Mahoney, Appellant, etc., for an Order to Invalidate and Declare Null and Void the Designating Petition Filed by or on Behalf of Certain Candidates for Members of Democratic County

Committee in the Third Election District of the First Assembly District, New York County, and for an Order to Strike from the Register of Voters of the Sixth Election District of the First Assembly District of the County of New York the Name of CHARLES A. NACK, and Similar Applications for the Thirteenth and Twenty-third Election Districts Thereof the Names of ROBERT ROFRANO and FRANK P. HALLMAN, Respectively.— Orders affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of THOMAS J. DORSEY, Appellant, for a Peremptory Order of Mandamus against S. HOWARD COHEN and Others, as and Constituting the Board of Elections of the City of New York, Respondents.— Order affirmed, without costs, and leave to appeal to the Court of Appeals granted. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ. [156 Misc. 792; App. Div. affd., 268 N. Y. 620.]

In the Matter of the Application of NATHAN M. PADGUG and Others, Appellants, for a Peremptory Order of Mandamus Directing the BOARD OF ELECTIONS IN THE CITY. OF NEW YORK to Accept a Certain Designating Petition Filed with the Said Board of Elections for the Sixteenth Election District, First Assembly District, County of New York, and to Print the Names of Certain Designated Candidates for the Party Position of Democratic County Committee to Be Voted for in the Primary Election on September 17, 1935.— Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of GEORGE J. MINTZER and Others, Appellants, for an Order Directing S. HOWARD COHEN and Others, Constituting the Board of Elections, to Restore to the Primary Ballot of the Republican Party in the Ninth Assembly District, New York County, the Names of Certain Candidates for County Committeemen, and to Consider and Determine the Petitions Affecting Such Candidates and Districts as Valid. MORTON BAUM and Others, Committee to Fill Vacancies.— Order affirmed, without costs, and leave to appeal to the Court of Appeals granted. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of WILLIAM J. PEIPER, JR., Appellant, for an Order Directing S. HOWARD COHEN and Others, Constituting the Board of Elections, etc., to Restore to the Primary Ballot of the Republican Party in the Ninth Assembly District, New York County, the Names of Candidates for County Committeemen from the Twenty-sixth Election District, Ninth Assembly District, New York County, and to Consider and Determine the Petitions Affecting Such Candidates and District as Valid. MORTON BAUM and Others, Committee to Fill Vacancies, Respondents.— Order affirmed, without costs, and leave to appeal to the Court of Appeals granted. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of LESTER BAUM, Respondent, for an Order Directing S. HOWARD COHEN and Others, etc., to Remove from the Republican Primary Ballot in the Ninth Assembly District of the County of New York the Names of Certain Candidates for County Committee, Delegates and Alternate Delegates to the Judicial Convention, and Alderman. GEORGE Z. MEDALIE and Others, Committee to Fill Vacancies on Said Designating Petition, Appellants.— Order affirmed, without costs, and leave to appeal to the Court of